| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**Dependable Building Services, Inc.**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
**36-3809264**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1175 Tower Road** <br> **Schaumburg, IL 60173** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** <br> County | **Location of principal assets, if different from principal place of business** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  **www.hvac-elec.com**

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Dependable Building Services, Inc.**_____    Case number (*if known*)_____
        Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Dependable Building Services, Inc.** Case number (*if known*)
Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in** *this district?* | *Check all that apply:* |
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Dependable Building Services, Inc.**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 2, 2017**
MM / DD / YYYY

X **/s/ Jan Tomaselli**                           **Jan Tomaselli**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Joel A. Schechter**                        Date **August 2, 2017**
Signature of attorney for debtor                   MM / DD / YYYY

**Joel A. Schechter**
Printed name

**Law Offices of Joel A. Schechter**
Firm name

**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone  **312-332-0267**    Email address  **joelschechter@covad.net**

**3122099**
Bar number and State

Debtor  **Dependable Building Services, Inc.**                                   Case number (if known) _____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 2, 2017
               MM / DD / YYYY

X  /s/ Jan Tomaselli                          Jan Tomaselli
Signature of authorized representative of debtor      Printed name

Title  President

**18. Signature of attorney**

X  /s/ Joel A. Schechter                      Date  August 2, 2017
Signature of attorney for debtor                   MM / DD / YYYY

Joel A. Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  312-332-0267        Email address  joelschechter@covad.net

3122099
Bar number and State

Fill in this information to identify the case:

Debtor name: **Dependable Building Services, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Addison Building Supply<br>3201 South Busse Road<br>Arlington Heights, IL 60006 | | trade debt | | | | $3,549.85 |
| Aggreko LLC<br>P.O. Box 972562<br>Dallas, TX 75397-2562 | | trade debt | | | | $35,504.85 |
| Chicago Filter<br>221 King Street<br>Elk Grove Village, IL 60007 | | trade debt | | | | $4,903.02 |
| Enterprise<br>P.O. Box 759<br>Lombard, IL 60148 | | trade debt | | | | $10,899.79 |
| Euclid Managers<br>234 Spring Lake Drive<br>Itasca, IL 60143 | | trade debt | | | | $4,033.73 |
| GrayBar<br>12431 Collections Center Drive<br>Chicago, IL 60693 | | trade debt | | | | $12,658.61 |
| IDES<br>33 South State Street<br>10th Floor<br>Chicago, IL 60603 | | | | | | Unknown |
| Johnstone Supply<br>9709 West Appleton Avenue<br>Milwaukee, WI 53225-3306 | | trade debt | | | | $4,042.74 |

Debtor **Dependable Building Services, Inc.**  Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Roger Supply, Inc. 350 North Walnut P.O. Box 740 Champaign, IL 61820 | | trade debt | | | | $5,882.41 |
| Rupp Air 17645 Juniper Path Suite 150 Lakeville, MN 55044 | | trade debt | | | | $6,839.24 |
| Sheet Metal Works 455 East Algonquin Road Arlington Heights, IL 60005 | | trade debt | | | | $32,029.35 |
| Shell Fleet Services Processing Center P.O. Box 183019 Columbus, OH 43218-3019 | | fuel charges | | | | $31,742.38 |
| Sid Harvey Industries 605 Locust Street Garden City, NY 11530-6531 | | trade debt | | | | $7,138.47 |
| Steiner Electric Company 1250 Touhy Avenue Elk Grove Village, IL 60007 | | trade debt | | | | $4,558.78 |
| Sunbelt Rentals, Inc. P.O. Box 409211 Atlanta, GA 30384-9211 | | trade debt | | | | $7,610.81 |
| Trane P.O. Box 98167 Chicago, IL 60693 | | trade debt | | | | $12,210.26 |
| Verizon Wireless PO Box 25505 Lehigh Valley, PA 18002-5505 | | cell phone charges | | | | $7,843.15 |
| Villa Park Electrical Supply Co., I 420 West North Avenue Addison, IL 60101 | | trade debt | | | | $9,300.26 |
| W.J. O'Neil Chicago, LLC 224 North Justine Street Chicago, IL 60607 | | trade debt | | | | $21,581.37 |

| Debtor | **Dependable Building Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **York International/JCI-UPG**<br>**P.O. Box 730747**<br>**Dallas, TX**<br>**75373-0747** | | trade debt | | | | $30,616.34 |

Addison Building Supply
3201 South Busse Road
Arlington Heights, IL 60006


Aggreko LLC
P.O. Box 972562
Dallas, TX 75397-2562


Allied Electronics
7151 Jack Newell Blvd. South
Fort Worth, TX 76118


Ally
P.O. Box 380902
Minneapolis, MN 55438-0902


Ally Processing Center
P.O. Box 9001951
Louisville, KY 40290-1951


Aramark
25259 Network Place
Chicago, IL 60673


BMO Harris Bank
P.O. Box 6201
Carol Stream, IL 60197


Chase Auto Finance
P.O. Box 9001083
Louisville, KY 40290-1083


Chicago Filter
221 King Street
Elk Grove Village, IL 60007


City of Blue Island
75 Remittance Drive
Suite 6658
Chicago, IL 60675-6658


City of Chicago
Department of Finance
P.O. Box 88292
Chicago, IL 60680

City of West Chicago
325 Spencer Street
West Chicago, IL 60185

Comcast Business
P.O. Box 37601
Philadelphia, PA 19101

Enterprise
P.O. Box 759
Lombard, IL 60148

Euclid Managers
234 Spring Lake Drive
Itasca, IL 60143

Federal Express Corp
P.O. Box 94515
Palatine, IL 60094-4515

Firestone
Payment Center
P.O. Box 403727
Atlanta, GA 30384

Ford Credit
P.O. Box 790093
Saint Louis, MO 63179-0093

Fox Valley Fire & Safety
2730 Pinnacle
Elgin, IL 60124

GrayBar
12431 Collections Center Drive
Chicago, IL 60693

Hinkley Springs Water Company
P.O. Box 660579
Dallas, TX 75266

IBM Corp
P.O. Box 643600
Pittsburgh, PA 15264-3600

Ideal Crane Rental, Inc.
2880 Jackson Street
Oshkosh, WI 54901


IDES
33 South State Street
10th Floor
Chicago, IL 60603


Illinois Department of Revenue
P.O. Box 64338
Chicago, IL 60664-0338


Illinois Tollway
2700 Ogden Avenue
Downers Grove, IL 60515


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Intuit
2700 Coast Avenue
Mountain View, CA 94043


Irvings Auto Care Center
10 West Irving Park Road
Bensenville, IL 60106


Jan Tomaselli
1144 Sandhurst Lane
Carol Stream, IL 60188


Johnstone Supply
6153 West Mulford Court
Unit A
Niles, IL 60714


Johnstone Supply
9709 West Appleton Avenue
Milwaukee, WI 53225-3306


Johnstone Supply
4606 West 138th Street
Crestwood, IL 60445

```
Johnstone Supply
480 Industrial Drive
Unit 116
Naperville, IL 60563


Kaine Management
8009 West 79th Street
Justice, IL 60458


Kutchins, Robbins & Diamond, Ltd.
1101 Perimeter Drive
Schaumburg, IL 60173


Met-Life Group Benefits
811 Main Street
7th Floor
Kansas City, MO 64105-2005


National Fire Protection Associatio
11 Tracy Drive
Avon, MA 02322


Networkfleet, Inc.
P.O. BNox 975544
Dallas, TX 75397


New 87th & Stony Island Currency Ex
1052 East 162nd Street
South Holland, IL 60473


NFPA
P.O. Box 9689
Manchester, NH 03108-6372


Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407


Origin, LLC
2142 Ashland Avenue
Suite 3
Evanston, IL 60201
```

```
Porter Pipe
35049 Eagle Way
Chicago, IL 60678-1350


Priority Staffing
22559 Merlin Court
Joliet, IL 60404


Roger Supply, Inc.
350 North Walnut
P.O. Box 740
Champaign, IL 61820


Rupp Air
17645 Juniper Path
Suite 150
Lakeville, MN 55044


Schaumburg Business Association
1501 East Woodfield Road
Schaumburg, IL 60173


SD&S/Tower, LLC
P.O. Box 221
Mount Prospect, IL 60056


Secretary of State
111 East Monroe
Springfield, IL 62756


SEKO
1100 Arlington Heigths Road
Suite 600
Itasca, IL 60143


Sheet Metal Works
455 East Algonquin Road
Arlington Heights, IL 60005


Shell Fleet Services
Processing Center
P.O. Box 183019
Columbus, OH 43218-3019
```

Sid Harvey Industries
605 Locust Street
Garden City, NY 11530-6531


Somen Law Firm
1620 West Colonial Parkway
Inverness, IL 60067


Spireon, Inc.
17600 Gillette Avenue
Irvine, CA 92614


Steiner Electric Company
1250 Touhy Avenue
Elk Grove Village, IL 60007


Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211


Texas Life
900 Washington
P.O. Box 830
Waco, TX 76703-0830


Trane
P.O. Box 98167
Chicago, IL 60693


Treasurer, State of Ohio
Dept. of Commerce
8895 East Main St., P.O. Box 529
Reynoldsburg, OH 43068-0529


US Electric Johnstone Supply
301 North 1st Street
Springfield, IL 62702


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Villa Park Electrical Supply Co., I
420 West North Avenue
Addison, IL 60101

```
Village of Bellwood
3200 Washington Boulevard
Bellwood, IL 60104-1984


Village of Carol Stream
Police Dept. Red Light Ticket
P.O. Box 76965
Cleveland, OH 44101-6500


Village of Crestwood
P.O. Box 6131
Carol Stream, IL 60197-6131


Village of Melrose Park
P.O. Box 66032
Chicago, IL 60666-0032


Village of Palatine
200 East Wood Street
Palatine, IL 60067


Village of Plainfield
Automated Enforcement
P.O. Box 742503
Cincinnati, OH 45274-2503


Village of Schaumburg
101 Schaumburg Court
Schaumburg, IL 60193-1899


W.J. O'Neil Chicago, LLC
224 North Justine Street
Chicago, IL 60607


Wells Fargo Dealer Services
P.O. Box 17900
Denver, CO 80217-0900


York International/JCI-UPG
P.O. Box 730747
Dallas, TX 75373-0747
```

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Dependable Building Services, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Dependable Building Services, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 2, 2017
Date

/s/ Joel A. Schechter 3122099
Signature of Attorney or Litigant
Counsel for **Dependable Building Services, Inc.**
Law Offices of Joel A. Schechter
53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
312-332-0267 Fax:312-939-4714
joelschechter@covad.net